# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AIKINS FRIMPONG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-489-GPM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Petitioner has filed a motion seeking immediate release (Doc. 1), which has been construed as a petition for writ of habeas corpus under 28 U.S.C. § 2241. Although sketchy, Petitioner alleges that after completing the imprisonment portion of his sentence stemming from a conviction in the District of Iowa, he was taken into custody by the Bureau of Immigration and Custom Enforcement. He currently remains in their custody in the Tri-County Detention Center in Ullin, Illinois, apparently pending deportation proceedings. Petitioner contests these proceedings, alleging that as a legal permanent resident, he should not be deported.

**IT IS HEREBY ORDERED** that within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, Respondent shall answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

DATED: 09/08/08

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge
