IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AIKINS FRIMPONG, )
)
    Petitioner, )
)
v. ) Case No. 3:08-cv-489 GPM
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

Currently pending before the Court are Plaintiff's motion to speed release process (Doc. 4), motion to resolve deportation problems (Doc. 6), motion to expedite trial (Doc. 25), and motion to schedule trial (Doc. 26). For the reasons set forth below, these motions are **DENIED**.

### BACKGROUND

Petitioner filed a petition seeking release from federal custody on July 8, 2008 (Doc. 1). The Court has construed this filing as a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 9). In the petition, Petitioner alleges that he is being unlawfully detained in the custody of Immigration and Customs Enforcement ("ICE"). He seeks immediate release. The United States seeks dismissal of the petition (Docs. 19 and 24).

### ANALYSIS

In the pending motions, Petitioner asks the court to consider the impropriety of his current ICE detention (Doc. 6), release him from custody (Doc. 4), and to do so quickly (Docs. 25 and 27). In essence, each of these motions asks the Court to prematurely resolve the issues raised in the petition. Because the United States has responded to the petition with a motion to dismiss, the question of the propriety or impropriety of Petitioner's current detention will be determined on the petition, the motion to dismiss, and any response Petitioner will file within the

time to respond to the motion to dismiss. The Court will not resolve these questions on Petitioner's various motions. Accordingly, the pending motions to speed release process (Doc. 4), to resolve deportation problems (Doc. 6), to expedite trial (Doc. 25), and to schedule trial (Doc. 26) are all **DENIED**.

**IT IS SO ORDERED.**

**DATED: November 24, 2008**

                                                                                   *s/ Donald G. Wilkerson*
                                                                                   **DONALD G. WILKERSON**
                                                                                   **United States Magistrate Judge**